XAVIER BECERRA  
Attorney General of California  
PEGGY S. RUFFRA  
Supervising Deputy Attorney General  
GREGORY A. OTT  
Deputy Attorney General  
State Bar No. 160803  
 455 Golden Gate Avenue, Suite 11000  
 San Francisco, CA  94102-7004  
 Telephone:  (415) 510-3838  
 Fax:  (415) 703-1234  
 E-mail:  Gregory.Ott@doj.ca.gov  
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **BULOS ZUMOT,** <br><br> Petitioner, <br><br> v. <br><br> **DEAN BORDERS, Warden,** <br><br> Respondent. | 19-cv-01319-WHO <br><br> **STATUS REPORT** |

On September 2, 2020, this Court granted petitioner's 28 U.SC. § 2254 petition for writ of habeas corpus.  ECF Docs. 22 & 23.  The Court instructed, "Respondent shall release Zumot unless the state commences proceedings to retry him within 120 days of this order."  ECF Doc. 22 at 40; ECF Doc. 23 at 1.  The Court also instructed, "Respondent shall file a report on the status of this action when it commences criminal proceedings against petitioner, or within ninety days from the date of this order, whichever occurs earlier."  ECF Doc. 23 at 1.  We hereby report the status of proceedings.

Respondent has decided not to appeal from this Court's judgment.  The Santa Clara County District Attorney's Office has informed respondent that petitioner will be retried.  Petitioner has

been moved from the California Men's Colony in San Luis Obispo to the Santa Clara County Jail in San Jose. He is currently being held without bail. The district attorney's office has announced to the Santa Clara County Superior Court its intent to retry petitioner; retrial proceedings have commenced. A bail hearing is currently scheduled for December 1, 2020, and trial is currently scheduled to commence January 11, 2021.

Dated: November 24, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
PEGGY S. RUFFRA
Supervising Deputy Attorney General

*s/ Gregory A. Ott*
GREGORY A. OTT
Deputy Attorney General
*Attorneys for Respondent*

SF2019200997
42441081.docx